11597839

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.

Arturo McCarthy
*Defendant*

2025 APR 18 14:15
UNITED STATES MARSHAL

**UNDER SEAL**

Case No. 1:24-184

**ARREST WARRANT**

Case: 1:25-mj-00131
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 7/30/2025
Description: RULE 5 ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Arturo McCarthy

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date:   4/11/2024

*Issuing officer's signature*

City and state:   Alexandria, VA

Lynnelle Creek – Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/18/2025, and the person was arrested on *(date)* 07/30/2025
at *(city and state)* Washington, DC

Date: 07/30/2025

*Arresting officer's signature*

Stephen H. Lowe  DUSM
*Printed name and title*